```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA  94965
Telephone:  (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ADOLFO RANGEL, etc., )<br>)<br>Defendant. )<br>_____ ) | NO.  C 11 4239 MEJ<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for December 8, 2011 be continued to March 8, 2012 at 10:00 a.m. to Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: November 30, 2011            _____
                                    Magistrate Judge Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE