1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA  94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

BOARDS OF TRUSTEES OF THE SHEET    )    NO.  C 11 4239 MEJ
METAL WORKERS, et al.,             )
                                   )
                    Plaintiffs,    )    ORDER TO CONTINUE CASE
                                   )    MANAGEMENT CONFERENCE
           vs.                     )
                                   )
ADOLFO RANGEL, etc.,               )
                                   )
                    Defendant.     )
_____)

       IT IS ORDERED that the Case Management Conference in this case set for December 8, 2011 be continued to March 8, 2012 at 10:00 a.m. to Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: November 30, 2011            _____
                                    Magistrate Judge Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE