1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA 94965
   Telephone:  (415) 729-9006
4  Facsimile:  (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL )     NO.  C 11 4239 EMC
   WORKERS, et al.,                      )
12                                        )     ADDITIONAL JOINT CASE
                            Plaintiffs,   )     MANAGEMENT STATEMENT;
13                                        )     REQUEST FOR CONTINUANCE
               vs.                        )     ~~PROP~~OSED ORDER
14                                        )     Date: 5/21/12
   ADOLFO RANGEL, etc.,                   )     Time: 10:30 a.m.
15                                        )
                            Defendant.    )
16 _____)

17          The parties report the status of this case as follows:

18          Mr. Rangel made a written settlement offer calling for a 12

19 month payment plan.  It was accepted by the trustees on certain

20 conditions, including a requirement that it be memorialized in the

21 form of a Stipulation to Set Aside the Default and For Judgment.

22 Plaintiffs' counsel will draft the document for Mr. Rangel and his

23 attorney to review.  Since this will take more than a few days to

24 accomplish, we respectfully request that the Court put the matter over

25 for 30 days, to a date convenient to the Court.  If the paperwork is

26 completed and filed, we will request that the new date go off

27 calendar.

28 ////

   ADDTL JT CASE MANGMT STMT; REQUEST FOR CONTINUANCE; PROPOSED ORDER
                                1

1 | Dated: May 16, 2012          Respectfully submitted,

2 | ERSKINE & TULLEY

3 |

4 | By: ____/s/ Michael J. Carroll____
         Michael J. Carroll
         Attorneys for Plaintiffs

5 |

6 | ADOLFO RANGEL, individually and doing
    business as VILLAGE HEATING AND
    SHEETMETAL and as RANGEL HEATING

7 |

8 | ____/s/ Adolfo Rangel_____

9 |

10 | O R D E R

11 |

12 | IT IS SO ORDERED that the Case Management Conference set for

13 | May 21, 2012 ~~be continued. The clerk will send out a notice with the~~

14 | ~~new date.~~ is continued to June 22, 2012 at 10:30 a.m. An updated joint CMC Statement shall
         be filed by June 15, 2012.

15 | Dated: ___~~May 17, 2012~~___          _____
                                             Judge Edward M. Chen

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

ADDTL JT CASE MANGMT STMT; REQUEST FOR CONTINUANCE; PROPOSED ORDER
2