```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (ST. BAR #50246)
    3030 Bridgeway, Suite 231
 3  Sausalito, CA 94965
    Telephone:  (415) 729-9006
 4  Facsimile:  (415) 729-9023

 5  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>　　　　　Plaintiffs, <br><br>　　vs. <br><br>ADOLFO RANGEL, etc., <br><br>　　　　　Defendant. | NO.  C 11 4239 EMC <br><br>ADDITIONAL JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE P~~ROP~~OSED ORDER <br>Date: 5/21/12 <br>Time: 10:30 a.m. |

The parties report the status of this case as follows:

Mr. Rangel made a written settlement offer calling for a 12 month payment plan.  It was accepted by the trustees on certain conditions, including a requirement that it be memorialized in the form of a Stipulation to Set Aside the Default and For Judgment. Plaintiffs' counsel will draft the document for Mr. Rangel and his attorney to review.  Since this will take more than a few days to accomplish, we respectfully request that the Court put the matter over for 30 days, to a date convenient to the Court.  If the paperwork is completed and filed, we will request that the new date go off calendar.

////

ADDTL JT CASE MANGMT STMT; REQUEST FOR CONTINUANCE; PROPOSED ORDER

1

Dated: May 16, 2012                    Respectfully submitted,

                                       ERSKINE & TULLEY


                                       By:    /s/ Michael J. Carroll
                                           Michael J. Carroll
                                           Attorneys for Plaintiffs

                                       ADOLFO RANGEL, individually and doing
                                       business as VILLAGE HEATING AND
                                       SHEETMETAL and as RANGEL HEATING


                                          /s/ Adolfo Rangel


O R D E R

    IT IS SO ORDERED that the Case Management Conference set for May 21, 2012 ~~be continued. The clerk will send out a notice with the new date.~~ is continued to June 22, 2012 at 10:30 a.m.  An updated joint CMC Statement shall be filed by June 15, 2012.

Dated: ~~May 17, 2012~~                     _____
                                       Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADDTL JT CASE MANGMT STMT; REQUEST FOR CONTINUANCE; PROPOSED ORDER
2